IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **ADRIATIC SHIPYARD BIJELA JSC** | * | |
| | * | |
| Plaintiff, | * | Civil Action No. 15-328 |
| | * | |
| v. | * | |
| | * | *In Admiralty* |
| **VENTURA MARITIME CO. LTD.;** and | * | *In Personam* |
| **MS OLGA SCHIFFAHRTSGESELLSCHAFT GMBH** | * | |
| | * | |
| Defendants. | * | |

## VERIFIED COMPLAINT AND REQUEST FOR VESSEL ATTACHMENT PURSUANT TO SUPPLEMENTAL ADMIRALTY RULE B

1.  This is a case of admiralty and maritime jurisdiction for the recovery of money owed for vessel repairs performed by Plaintiff Adriatic Shipyard Bijela JSC, as hereinafter more fully appears, and is an admiralty or maritime claim within the meaning of Rule 9(h) of the *Federal Rules of Civil Procedure* brought pursuant to 28 U.S.C. § 1333 and Rule B of the Supplemental Rules for Admiralty or Maritime Claims.

2.  Plaintiff Adriatic Shipyard Bijela JSC is a vessel repair and reconstruction company with its principal place of business in Bijela, Montenegro.

3.  Upon information and belief, Defendant Ventura Maritime Co. Ltd. is a company with its principal place of business in Monrovia, Liberia and is the owner or owner's representative of the M/V OLGA, IMO No. 9109548. Upon information and belief, Defendant MS Olga Schiffahrtsgesellshaft GmbH, a company based in Hamburg, Germany, is the registered owner of the M/V OLGA.

4.      Upon information and belief, Defendants are not present within the Southern District of Alabama.

5.      The M/V OLGA is expected to arrive at the Pinto Island Terminal, within this District, to discharge steel cargo on approximately June 27, 2015.

6.      On March 1, 2015, Defendants entered into a contract with Plaintiff for miscellaneous repairs to the M/V OLGA. (Ex. 1). Plaintiff completed the repairs and provided Defendants with an invoice for 167,500 € on April 9, 2015. (Ex. 2). Defendants have failed to pay timely the full amount invoiced and still owe approximately 71,869 € plus interest as of the filing of this Complaint.

7.      Defendants' failure to pay Plaintiff for the repairs constitutes a maritime controversy and Plaintiff is entitled, under Rule B of the Supplemental Rules for Admiralty and Maritime Claims, to attachment and garnishment of the M/V OLGA up to the amount of its claim for unpaid repair work, interest, costs, and attorney's fees and to secure its claim herein for said amounts.

8. WHEREFORE, Plaintiff Adriatic Shipyard Bijela JSC prays:

1.  That process issue against Defendants and that said Defendants appear and answer the allegations of this Complaint;

2.  As Defendants cannot be found within this district, all of their property within this district, specifically the M/V OLGA, be attached as security in the sum of SEVENTY-ONE THOUSAND EIGHT HUNDRED SIXTY-NINE AND 00/100THS (71,869 €) Euros (presently approximately $80,535.00 US Dollars), together with interest thereupon, costs, and attorney's fees;

3. That judgment be entered in Plaintiff's favor in the amount of its claim, with interest, costs, and attorney's fees, and that the M/V OLGA be sold under the direction of the Court and the proceeds of the sale brought into the Court; and

4. That Plaintiff may have such other and further relief as they may lawfully be entitled to receive.

/s/ Norman M. Stockman
NORMAN M. STOCKMAN (STOCN9440)
PATRICK J. R. WARD (WARDP3274)
Attorneys for Plaintiff Adriatic Shipyard Bijela JSC

OF COUNSEL:

HAND ARENDALL LLC
Post Office Box 123
Mobile, Alabama  36601
Tel:   (251) 432-5511
Fax:   (251) 694-6375
Email: nstockman@handarendall.com
       pward@handarendall.com

**PLEASE ATTACH THE M/V OLGA (IMO # 9109548), WHICH IS BELIEVED TO ARRIVE WITHIN THIS DISTRICT ON SATURDAY JUNE 27, 2015 AND WILL BE LOCATED AT THE ALABAMA STATE DOCKS, PINTO ISLAND TERMINAL, AT THE SOUTHERN TERMINUS OF DUNLAP DRIVE.  CONTACT PATRICK WARD AT 251-490-6703 WITH ANY INQUIRIES.**

## VERIFICATION

STATE OF ALABAMA )
COUNTY OF MOBILE )

Personally appeared before me, the undersigned authority in and for said state and county, Norman M. Stockman, attorney for Plaintiff, who after being duly sworn, did depose and say as follows:

I am a member of the firm of Hand Arendall LLC and am acting as an attorney for the Plaintiff. I have read the foregoing Complaint and know the contents thereof and the same is true to the best of my knowledge, except as to the matters therein stated to be on information and belief, and as to those matters, I believe them to be true. I conducted a search for the Defendants within this District and was unable to locate same.

The sources of my information and the grounds of my belief are the statements and documents furnished to me by employees or outside counsel of the Plaintiff.

The reason this Verification is not made by the Plaintiff is it is a foreign corporation, none of the officers of which is now within this District.

_____
Norman M. Stockman

Subscribed and sworn to before
me this 25th day of June, 2015.

_Amanda Avera Williams_
Notary Public
My Commission Expires: 5-29-2016